UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Alishia S Bledsoe,
      DEBTOR.
_____/

CHAPTER 13
CASE NO. 18-46072-MBM
JUDGE MARCI B. MCIVOR

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

  **NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

  1. The debtor has failed to provide proof of the debtor's current pay stubs for debtor's employment with Shipt prior to the First Meeting of Creditors as required by 11 U.S.C. Section 521. The Trustee therefore requests that the debtor produce proof of the debtor's current pay stubs for debtor's employment with Shipt no later than 14 days prior to the scheduled Confirmation Hearing in order for the Trustee to determine whether the debtor's Plan complies with 11 U.S.C. Section 1325(b), 11 U.S.C. Section 1325(a)(3) and 11 U.S.C. Section 1325(a)(6).

  **WHEREFORE,** the Chapter 13 Standing Trustee requests this Honorable Court deny confirmation of the debtor's Chapter 13 Plan unless modified to meet these objections.

      OFFICE OF DAVID WM. RUSKIN,
      STANDING CHAPTER 13 TRUSTEE

Dated: May 31, 2018  By: /s/ Lisa K. Mullen
      LISA K. MULLEN (P55478)
      THOMAS D. DECARLO (P65330)
      Attorneys for Chapter 13 Trustee, David Wm. Ruskin
      1100 Travelers Tower
      26555 Evergreen Road
      Southfield, MI 48076-4251
      Telephone (248) 352-7755

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

Alishia S Bledsoe,
                            DEBTOR.
_____/

CHAPTER 13
CASE NO. 18-46072-MBM
JUDGE MARCI B. MCIVOR

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

I hereby certify that on May 31, 2018, I electronically filed the TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    WOLFSON BOLTON PLLC
    3150 LIVERNOIS #275
    TROY, MI  48083-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    Alishia S Bledsoe
    11374 Burt Rd
    Detroit, MI 48228-0000


        /s/ Jayme L. DePriest
        Jayme L. DePriest
        For the Office of David Wm. Ruskin,
        Chapter 13 Standing Trustee - Detroit
        1100 Travelers Tower
        26555 Evergreen Road
        Southfield, MI 48076-4251
        (248) 352-7755