UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ALISHIA S. BLEDSOE,   Chapter 13
   Case No. 18-46072
   Hon. Marci B. McIvor

                Debtor.
_____/

## Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the Debtor intends to:

1. _X__ Request confirmation of the Debtor's Plan, because all timely objections of creditors and the Trustee have been resolved. I have emailed to the Trustee a proposed order confirming the Plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ___ Request confirmation of the Debtor's Plan, even though all timely objections have not been resolved. I have emailed to the Trustee a proposed order confirming the Plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

    Trustee Objections:

    Issue:

    Resolution:

    Creditors # 1:

3. ___ Request an adjournment of the confirmation hearing to _____ at ___am, due to the following good cause:

4. ___ Dismiss the case. [The Court will construe this as a motion by the Debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

{00073030.DOCX }

5. ___ Convert the case to Chapter 7. [The Debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice. Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

                              WOLFSON BOLTON PLLC

Date: June 25, 2018              /s/ Michelle H. Bass
                                        MICHELLE H. BASS (P71358)
                                        Attorney for Debtor
                                        3150 Livernois, Suite 275
                                        Troy, MI 48083
                                        (248) 247-7070
                                        Email: mbass@wolfsonbolton.com